**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOYIN DAWODU,<br><br>   Plaintiff,<br><br> v.<br><br>STATE OF CALIFORNIA et al.,<br><br>   Defendants. | Case No. 5:21-cv-00925-DOC (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (ECF No. 1), the briefs and documents filed in support of and in opposition to Defendant's Motion to Dismiss Complaint ("Motion," ECF No. 13), the other records on file herein, and the Report and Recommendation of United States Magistrate Judge (ECF No. 19). Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that:

  1. The Report and Recommendation of United States Magistrate Judge is ACCEPTED; and

  2. Defendant's Motion is GRANTED;

3. The Complaint is DISMISSED;

4. Judgment shall be ENTERED dismissing the entire action with prejudice.

DATED: December 7, 2021

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE