JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYIN DAWODU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA et al.,<br><br>　　　　　Defendants. | Case No. 5:21-cv-00925-DOC (MAA)<br><br>**JUDGMENT** |

　　Pursuant to the Order of Dismissal filed herewith,

　　IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: December 7, 2021

　　　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE